UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARTIGA, LLC f/k/a LEGAL BUSINESS SERVICES, LLC,

         Plaintiff,

-v-

BETTY AQUINO,

         Defendant.

24 Civ. 1014 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  On April 10, 2024, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

  Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by May 1, 2024. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by May 22, 2024, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

  It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by May 1, 2024. Defendants' reply, if any, shall be served by May 8, 2024. At the time any reply is served, the moving party shall supply the Court with

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2024
    New York, New York

2